**DENIED and Opinion Filed July 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00599-CV**

**IN RE YANIKA DANIELS, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52923-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Molberg

Relator's July 16, 2021 petition for writ of mandamus challenges the trial court's order issuing a writ of habeas corpus directing her to produce the child for a hearing. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition and record, relator has failed to show her entitlement to the relief requested. We therefore deny the petition for writ of mandamus.

Having denied the petition, we deny the July 19, 2021 emergency motion for stay as moot.

/Ken Molberg/
KEN MOLBERG
JUSTICE